UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ISAAC A. POTTER,**

      **Plaintiff,**

v.                                                  **Case No: 6:16-cv-817-Orl-41KRS**

**LINCOLN HERITAGE LIFE
INSURANCE COMPANY, GERBER
LIFE INSURANCE COMPANY, LIFE
OF BOSTON INSURANCE COMPANY,
GERBER PRODUCTS COMPANY,
SHIRLEY GROSSMAN, LARRY
SCHUNEMAN, KORRI BEHLER,
ALAN STACHURA, NESTLE
HOLDING INC. and THE
CORPORATION TRUST COMPANY,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (the "R&R," Doc. 17) submitted by U.S. Magistrate Judge Karla R. Spaulding, which recommends that this Court dismiss without prejudice Plaintiff's Amended Complaint (Doc. 12). Plaintiff has filed what purports to be an objection to the R&R. (*See* Doc. 22).

A district court is required to review *de novo* the objected-to portions of a magistrate judge's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). However, "[p]arties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988). Here, from what the Court can gather, Plaintiff does not identify any specific quarrel with the recommendation; rather,

he only generally states that "plaintiff objects to the report and recommendation." (Obj. at 1). Such a statement does not trigger *de novo* review. In any event, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiff's Objection (Doc. 22) is **OVERRULED**.
3. Plaintiff's Amended Complaint (Doc. 12) is **DISMISSED without prejudice**.
4. All pending motions are **DENIED as moot**.
5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party